# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KEITH KINCHEN, ADC #97863                                                                PLAINTIFF

v.                                       No. 4:10CV01521 JLH-BD

PULASKI COUNTY SHERIFF DEPARTMENT, et al.                              DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims against Defendants Pulaski County Sheriff's Department, City of Little Rock, Pulaski County, Arkansas, and Mavin Kelley are DISMISSED without prejudice, and these Defendants are dismissed as parties in this case.

It IS SO ORDERED this 6th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE