# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**KEITH KINCHEN**                                                                 **PLAINTIFF**

**v.**                              **No. 4:10CV01521 JLH-BD**

**PULASKI COUNTY SHERIFF DEPARTMENT, et al.**                 **DEFENDANTS**

## ORDER

The Court has received Magistrate Judge Beth Deere's recommended disposition ("Recommendation") as to separate Defendants Cartwright and Johnson.  No objections to the Recommendation have been filed.  The Recommendation should be, and hereby is, approved and adopted in all respects.

Separate Defendants Cartwright and Johnson's motion for summary judgment (docket entry #53) is GRANTED.  Mr. Kinchen's claims against these Defendants are DISMISSED, with prejudice.

IT IS SO ORDERED this 10th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE