## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

KEITH KINCHEN                                                                                                  PLAINTIFF

v.                                             No. 4:10CV01521 JLH-BD

PULASKI COUNTY SHERIFF DEPARTMENT, *et al*.                              DEFENDANTS

### ORDER

The Court has received Magistrate Judge Beth Deere's partial recommended disposition ("Recommendation") dated February 21, 2012. No objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Kinchen's motion for default judgment (docket entry #60) is DENIED. Defendant Evans's motion to dismiss (#62) also is DENIED.

IT IS SO ORDERED this 13th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE