# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KEITH KINCHEN**                                                                 **PLAINTIFF**

v.                             NO. 4:10CV01521-JLH-BD

**PATRICIA PHILLIPS-WINTER, et al.**                                   **DEFENDANTS**

## ORDER

Plaintiff has moved for an extension of time to file dispositive motions. (Docket entry #71) For good cause shown, the motion is GRANTED. The parties will have until the close of business on May 30, 2012, to file dispositive motions.

IT IS SO ORDERED this 22rd day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE