**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

KEITH KINCHEN,                                                                                                             PLAINTIFF
ADC #97863

v.                                                      No. 4:10CV01521 JLH-BD

PATRICIA PHILLIPS-WINTER, *et al.*                                                                       DEFENDANTS

### ORDER

Plaintiff Keith Kinchen has moved to voluntarily dismiss his claims against separate defendants Joseph Dunn, Ron Spann, and Charles Tidwell. The motion (#85) is GRANTED. Document #85.

Kinchen's claims against defendants Dunn, Spann, and Tidwell are DISMISSED, without prejudice. The pending motion for summary judgment submitted by these defendants is DENIED as moot. Document #79.

IT IS SO ORDERED this 13th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE