# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KEITH KINCHEN, ADC #97863                                                              PLAINTIFF

v.                                  No. 4:10CV01521 JLH-BD

PATRICIA PHILLIPS-WINTER, LPN,
FAULKNER COUNTY JAIL, et al.                                                         DEFENDANTS

## ORDER

The Court has received Magistrate Judge Beth Deere's partial recommended disposition ("Recommendation") as to separate defendants Ruth Bryant, Patricia Phillips-Winter and Garry Stewart. No objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Separate defendants Phillips-Winter, Bryant, and Stewart's motion for summary judgment is GRANTED. Document #82. Keith Kinchen's claims against these defendants are DISMISSED with prejudice.

IT IS SO ORDERED this 21st day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE