IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEITH KINCHEN, ADC #97863                                                        PLAINTIFF

v.                                        NO. 4:10CV01521 JLH

PAUL EVANS; and STUART THOMAS,
in his individual and official capacity as
Chief of Police, Little Rock, Arkansas                                          DEFENDANTS

**ORDER**

Due to the proximity of the trial date, the reference of pretrial matters to a United States Magistrate Judge is withdrawn. The undersigned will rule directly on the pending motion for summary judgment, as well as any other pretrial matters that may arise between now and trial.

IT IS SO ORDERED this 3rd day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE