**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

KEITH KINCHEN                                                                                           PLAINTIFF

v.                                          NO. 4:10CV01521 JLH-BD

PULASKI COUNTY SHERIFF'S DEPT., et al.                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 29th day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE